**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| NAFIS RASHADEEM, ) | No. CV 07-4766 CW |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Adminstration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

 **IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: April 15, 2008


                               _____/s/_____
                                  CARLA M. WOEHRLE
                               United States Magistrate Judge